FILED
2009 Mar-31 PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY KEITH WHITE, | ) |
| Plaintiff, | ) |
| vs. | ) 2:08-CV-2275-KOB-RRA |
| ATTORNEY BRETT KING, | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 18, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted.[1]

The plaintiff filed a response to the report and recommendation on February 23, 2009. In his letter response, which the court will consider as objections, the plaintiff merely repeated his original complaint that Attorney Brett King misstated facts about him while questioning a witness at a child custody hearing, contending that those misstatements were slanderous (doc. 7).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED IN PART and the recommendation is ACCEPTED IN PART. The court finds that the complaint is due to be

---

[1] The magistrate judge recommended that the case be dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915A(b). Section 1915A applies only when a prisoner files a civil action seeking redress from a government entity. Plaintiff filed this action against a private attorney. As such, the Plaintiff's claim is due to be dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), which governs proceedings *in forma pauperis*.

dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

A Final Judgment will be entered contemporaneously.

DATED this 31st day of March, 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE